1 | ROBERT E. GREELEY (SBN 194289)
**LAW OFFICES OF ROBERT E. GREELEY**
21580 Stevens Creek Blvd., Ste. 105
Cupertino, CA 95014
Telephone: (408) 277-6800
robert@robertgreeley.com

Attorney for Plaintiff
MIGUEL LLERENA

MARTHA S. DOTY (SBN 143287)
LISA L. GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
martha.doty@alston.com
lisa.garcia@alston.com

Attorneys for Defendants
RADWARE, INC. and DAVID ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LLERENA,<br><br>  Plaintiff,<br><br> v.<br><br>RADWARE, INC., a New Jersey Corporation; DAVID ANDERSON, an individual; and DOES 1 to 20, inclusive,<br><br>  Defendants. | Case No.: 3:15-cv-01523-JSC<br><br>Magistrate Judge Jacqueline Scott Corley<br><br>**ORDER RE STIPULATION FOR PLAINTIFF MIGUEL LLERENA TO FILE SECOND AMENDED COMPLAINT** |

On January 13, 2016, Plaintiff Miguel Llerena and Defendants Radware, Inc. and David Anderson jointly filed a Stipulation for Plaintiff Miguel Llerena to File Second Amended Complaint.

The Court, having read and considered the Stipulation, and good cause appearing therefor,

HEREBY ORDERS THAT:

Plaintiff is GRANTED leave to file a Second Amended Complaint in the above-captioned case on or before January 31, 2016.

**IT IS SO ORDERED.**

Dated: 1/14/2016

*Jacqueline Scott Corley*
The Honorable Jacqueline Scott Corley
United States District Judge